UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB S. ADAMS JR., )<br>)<br>Petitioner )<br>)<br>v )<br>)<br>FEDERAL BUREAU OF )<br>INVESTIGATION )<br>)<br>Respondents | Civil Action No. 08- 0138 ESH |

**REASSIGNMENT OF CIVIL CASE**
(non-calendar committee)

The above entitled action was assigned on <u>March 4, 2008</u> from Unassigned (9098)

to Judge <u>Huvelle</u> because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: <u>La Tanau Scott</u>
Deputy Clerk

CC:   Judge <u>Huvelle</u>
& Courtroom Deputy
Civil Case Processing Clerk
        Statistical