UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB S. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-0138 (ESH) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant, the Federal Bureau of Investigation, through its undersigned counsel, hereby respectfully requests an enlargement of time, to and including May 30, 2008, within which to file its answer or other response to the complaint herein. Defendant's answer is now due April 9, 2008.

This is Defendant's first request for an enlargement of time for this purpose. Because the Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendant, therefore, has not obtained his position as to the relief requested.

There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Agency counsel has recently been assigned to this matter and additional time is needed to review the records in this case and prepare Defendant's answer or other response to the complaint. Accordingly, Defendant is requesting an extension of time to and including May 30, 2008, to file its answer or other response to the complaint herein.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

       Respectfully submitted,

        /s/
       JEFFREY A. TAYLOR, D.C. BAR # 498610
       United States Attorney

        /s/
       RUDOLPH CONTRERAS, D.C. BAR # 434122
       Assistant United States Attorney

        /s/
       JUDITH A. KIDWELL
       Assistant United States Attorney
       555 Fourth Street, N.W.- Civil Division
       Room E4905
       Washington, D.C. 20530
       (202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB S. ADAMS,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-0138 (ESH)<br>)<br>)<br>)<br>)<br>) |

### ORDER

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file Defendant's answer or other response to the complaint herein, any opposition thereto, and the entire record, it is this _____ day of April 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **May 30, 2008**, to file Defendant's answer or other response to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel by ECF

Jacob S. Adams
#54835-066
USP
P.O. Box 1000
Lewisburg, PA 17837

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time to File Answer or Other Response and proposed Order were mailed on this 8th day of April, 2008, postage pre-paid, to Plaintiff *pro se* at the following address:

Jacob S. Adams
#54835-066
USP
P.O. Box 1000
Lewisburg, PA 17837

                                                /s/
                                           JUDITH A. KIDWELL
                                           Assistant United States Attorney