UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACOB ADAMS, JR.,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Docket Number 08-0138 ESH

MOTION FOR AN ORDER DIRECTING THE U.S. MARSHAL TO EFFECT
SERVICE OF SUMMONS AND COMPLAINT UPON THE DEFENDANT

    The plaintiff, Jacob Adams, Jr., respectfully moves this Court for an order directing the U.S. Marshal to effect service of the summons and complaint upon the defendant, as required by Rule 4(c)(2) of the Federal Rules of Civil Procedure.

    This Court recently granted the plaintiff's request to proceed in forma pauperis.

    Respectfully submitted,

    JACOB ADAMS, JR., Pro Se
    P.O. Box 1000
    Lewisburg, PA 17837

Dated: March 25, 2008

[Handwritten annotation: "Let this be filed + deny as moot since summons have been issued + executed. ESH 4/14/08"]