UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JACOB S. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-0138 (ESH) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| Defendant. | ) |

**DEFENDANT'S THIRD MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWER OR OTHER RESPONSE**

Defendant, the Federal Bureau of Investigation, through its undersigned counsel, hereby respectfully requests an additional enlargement of time of three business days, until and including June 18, 2008, within which to file its answer or other response to the complaint herein. Defendant's answer or other response is now due on June 13, 2008.

This is Defendant's third request for an enlargement of time for this purpose. Because the Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendant, therefore, has not obtained his position as to the relief requested.

There is good cause for this motion. As Defendant previously advised the Court, Defendant intends to file a dispositive motion in this case. However, Defendant has not yet provided undersigned counsel with the declaration and exhibits to support the motion. Undersigned counsel, therefore, needs additional time to obtain and review the final declaration and exhibits and prepare Defendant's dispostive motion. Accordingly, Defendant is requesting an extension of time to and including June 18, 2008, to file its answer or other response to the complaint herein.

      For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

                                        Respectfully submitted,

                                          /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                          /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                          /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB S. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0138 (ESH) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Third Motion for An Enlargement of Time to file Defendant's answer or other response to the complaint herein, any opposition thereto, and the entire record, it is this _____ day of June 2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **June 18, 2008**, to file Defendant's answer or other response to the complaint herein.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel by ECF

Jacob S. Adams
#54835-066
USP
P.O. Box 1000
Lewisburg, PA 17837

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that copies of the foregoing Third Motion for Enlargement of Time to File Answer or Other Response and proposed Order were mailed on this 11th day of June, 2008, postage pre-paid, to Plaintiff *pro se* at the following address:

Jacob S. Adams  
#54835-066  
USP  
P.O. Box 1000  
Lewisburg, PA 17837

                                                   /s/  
                                         JUDITH A. KIDWELL  
                                         Assistant United States Attorney