RECEIVED
JUL - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JACOB S. ADAMS, JR.,

    Plaintiff,                      Civil Action No. 08-0138(ESH)

v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

### AFFIDAVIT IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT

    The plaintiff, Jacob S. Adams, Jr., pro se, under penalty of perjury, hereby submits his Affidavit in Opposition to Defendant's Motion to Dismiss or Alteratively, Motion for Summary Judgment. To the extent that the defendant's dispositive pleading is contrary to any of the allegations contained in the complaint or herein, the plaintiff hereby denies those allegations.

    1. The defendant argues that it is not required to respond to the plaintiff's inquiry as to whether "FBI Technician JAQUELINE BLAKE, who was fired by the FBI for failing to properly examine DNA evidence, was involved in any way in the examination of DNA in the case of U.S. v. Jacob Adams, Jr., 00-697(GEB) (District of New Jersey)". (Def.'s Motion, at p. 11).

    2. The declaration of David M. Hardy, FBI FOIA officer, fails to show that a search of the FBI files using the name "Jaqueline Blake" was done. Given that Ms. Blakes's actions were so serious

that they resulted in her firing, certainly the FBI file must contain a listing of any and all cases in which she conducted DNA comparisons on behalf of the FBI.

3. On authority of <u>Looney v. Walters-Tucker</u>, 20 F.Supp.2d. 70 (D.D.C. 1998), the plaintiff clearly sought records relating to whether Ms. Blake was involved in DNA comparisons conducted in the plaintiff's criminal case. The only way this could be achieved was by doing an FBI search of all the cases Ms. Blake was involved with. Mr. Hardy's declaration shows this was not done.

4. The defendant's claim that no genuine issue of fact exists should be denied. The defendant's claim that the complaint fails to state a claim upon which relief can be granted is foreclosed by <u>Looney v. Walters-Tucker</u>, supra.

Pursuant to 28 U.S.C. § 1746, I, Jacob S. Adams, Jr., under penalty of perjury, hereby declare that the above statements are true and correct.

JACOB S. ADAMS, JR.
Dated: June 26, 2008

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Affidavit in Opposition to Defendant's Motion to Dismiss or Alternatively, Motion for Summary Judgment was served upon Judith Kidwell, Asst. U.S. Attorney, 555 Fourth Street, N.W., Washington, D.C. 20001, by placing same in a postage prepaid envelope and by inserting same in a U.S. mail box this 26th day of June, 2008.

_____
JACOB S. ADAMS, JR.