UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
JACOB S. ADAMS,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )    Civil Action No. 08-0138 (ESH)
                                         )
FEDERAL BUREAU OF INVESTIGATION,         )
                                         )
            Defendant.                   )
_____ )

## DEFENDANT'S MOTION FOR AN ENLARGEMENT
## OF TIME TO FILE REPLY

Defendant, the Federal Bureau of Investigation, through its undersigned counsel, hereby respectfully requests an enlargement of time, until and including August 8, 2008, within which to file its reply to Plaintiff's opposition.  Defendant's reply is now due on July 16, 2008.

This is Defendant's first request for an enlargement of time for this purpose.  Because the Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendant, therefore, has not obtained his position as to the relief requested.

There is good cause for this motion.  Plaintiff has filed an opposition to Defendant's dispositive motion.  In his opposition, Plaintiff speculates about potential files that might contain information concerning a DNA technician.  Although Defendant maintains that it properly responded to Plaintiff's Freedom of Information Act request and is, therefore, entitled to summary judgment in this case, Defendant would like to provide an additional declaration concerning this matter with its reply.  Defendant, therefore, needs additional time to prepare this declaration and provide said declaration to its undersigned counsel.

Accordingly, Defendant is requesting an extension of time to and including August 8, 2008, to file its reply.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/

JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| JACOB S. ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0138 (ESH) |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>ORDER</u>

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to File

Defendant's reply, any opposition thereto, and the entire record, it is this \_\_\_\_\_ day of July,

2008,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including **August 8, 2008,**

to file Defendant's reply.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel by ECF

Jacob S. Adams
#54835-066
USP
P.O. Box 1000
Lewisburg, PA 17837

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that copies of the foregoing Motion for Enlargement of Time to

File Reply and proposed Order were mailed on this 9th day of July, 2008, postage pre-paid, to

Plaintiff *pro se* at the following address:

Jacob S. Adams
#54835-066
USP
P.O. Box 1000
Lewisburg, PA 17837


                            /s/
                    _____
                    JUDITH A. KIDWELL
                    Assistant United States Attorney