UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB S. ADAMS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0138 (ESH) |
| ) | |
| FEDERAL BUREAU OF ) | |
| INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION TO DISMISS OR
ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT**

Defendant, the Federal Bureau of Investigation ("FBI"), through the undersigned attorneys, hereby files its reply to Plaintiff's opposition to Defendant's motion to dismiss or alternatively, motion for summary judgment.

In his opposition, Plaintiff concedes that he is challenging the FBI's failure to respond to Plaintiff's question about a forensic examiner or search her records. *See* Opposition at 1-2. Without any support, Plaintiff speculates that "certainly the FBI file must contain a listing on any and all cases in which [this forensic examiner] conducted DNA comparisons on behalf of the FBI." Opposition at 1-2. He then argues that the FBI should have searched for records using the forensic examiner's name and provided them to Plaintiff. Opposition at 2.

However, Plaintiff fails to acknowledge that he was advised that he needed to provide a privacy waiver before another individual's records could be searched and released to him. *See* Defendant's Exhibit A, Declaration of David M. Hardy ("Hardy Declaration") ¶ 6, Exhibit B. Furthermore, in response to the FBI's request for a privacy waiver, Plaintiff advised the FBI that

his request "pertains to me" and "references Ms. Blake only to the extent that I want to know if she was involved in any way in the examination of evidence in my case." *See* Hardy Declaration ¶ 7, Exhibit C. Plaintiff, therefore, cannot now manufacture genuine issues of material fact with "some metaphysical doubt as to the material facts." *Matsushita Elec. Indus. Radio Corp.*, 475 U.S. 574, 586 (1986).

Simply put, Plaintiff was requesting that the FBI tell Plaintiff whether there was anything in Ms. Blake's records which would suggest that she worked on Plaintiff's criminal case. Opposition at 2. This was not a proper request under the Freedom of Information Act.[1]

Instead, as requested, the FBI searched for records pertaining to Plaintiff and released the nonexempt portions of his records to him. Plaintiff has, therefore, failed to present any evidence that the FBI improperly withheld agency records. Accordingly, Defendant is entitled to dismissal of Plaintiff's claims or alternatively, summary judgment in this matter.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

---

[1] Although under no obligation to answer questions under the FOIA, in order to assist the Court and Plaintiff, Defendant is submitting a declaration herewith concerning the DNA Analysis performed in Plaintiff's case. *See* Declaration of Anthony J. Onorato ("Onorato Decl."), Defendant's Exhibit B. A review of Plaintiff's case file indicates that Ms. Blake was not involved in the laboratory testing in Plaintiff's case. *See* Onorato Decl. ¶ 3.

   /s/
_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that copies of Defendant's Reply To Plaintiff's Opposition to Defendant's Motion to Dismiss or Alternatively, Motion for Summary Judgment and Declaration of Richard Guerrieri were mailed, postage pre-paid, to Jacob S. Adams, Plaintiff *pro se*, on this 8th day of August 2008, to the following address:

Jacob S. Adams
#54835-066
USP
P.O. Box 1000
Lewisburg, PA 17837

                                              /s/
                                  JUDITH A. KIDWELL
                                  Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB S. ADAMS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF INVESTIGATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0138 (ESH) |

**DECLARATION OF ANTHONY J. ONORATO**

I, ANTHONY J. ONORATO, declare as follows:

1. That in the absence of Unit Chief RICHARD A. GUERRIERI, I am currently the Acting Unit Chief of the DNA Analysis Unit I, Laboratory Division, at the Federal Bureau of Investigation (FBI) in Quantico, Virginia. I have been employed with the FBI Laboratory, DNA Analysis Unit 1, since May 1996.

2. That in the absence of Unit Chief RICHARD GUERRIERI, as the Acting Unit Chief, I am responsible for the operation of the DNA Analysis Unit I.

3. That based upon review of the nuclear DNA portion of the case file material of Jacob S. Adams, Jr., former DNA Analysis Unit I Technician Jacqueline M. Blake was not involved in the Laboratory testing in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of August, 2008, at Quantico, Virginia.

*[signature]*

ANTHONY J. ONORATO
Acting Unit Chief
DNA Analysis Unit I

DEBORAH CAROL MICHAEL
Notary Public
Commonwealth of Virginia
7039905
My Commission Expires May 31, 2010

Subscribed and sworn to before me this ___7th___ day of August, 2008

_Deborah Carol Michael_
Notary Public
State of Virginia
County of Stafford

```
DEBORAH CAROL MICHAEL
Notary Public
Commonwealth of Virginia
7039905
My Commission Expires May 31, 2010
```