UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACOB S. ADAMS, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 08-0138 (ESH) |
| FEDERAL BUREAU OF INVESTIGATION | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion for summary judgment [Dkt. Nos. 14, 16] is GRANTED; and it is

FURTHER ORDERED that judgment is entered for the defendant.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: August 19, 2008